**Opinion issued September 15, 2015**



**In The**

**Court of Appeals**

**For The**

**First District of Texas**

————————————

**NO. 01-15-00591-CV**

———————————

**COMPACTA CONSTRUCTION, INC., Appellant**

**V.**

**LARG MANAGEMENT GROUP LLC, Appellee**

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-22315**

**MEMORANDUM OPINION**

This is an appeal from a judgment signed June 12, 2015. On August 26, 2015, the parties filed a joint motion to dismiss the appeal with prejudice in order to effectuate a compromise and settlement agreement. *See* TEX. R. APP. P. 42.1.

The motion is granted, and the appeal is dismissed with prejudice. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(2).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Brown.